**CT Corporation**

**Service of Process Transmittal**
02/06/2013
CT Log Number 522089211

TO: Michael Wallace, Corporate Paralegal
Cornerstone Healthcare Group
2200 Ross Avenue, Suite 3060
Dallas, TX 75201

RE: **Process Served in Louisiana**

FOR: Cornerstone Hospital of West Monroe, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Tommie Rice and Phyllis Rice of behalf of the minors, ▓▓▓ I▓▓▓ R▓▓ and G▓▓ M▓▓R▓▓, Petitioners vs. Cornerstone Hospital of West Monroe, Dft. *Name discrepancy noted.* |
| DOCUMENT(S) SERVED: | Citation, Petition |
| COURT/AGENCY: | 4th Judicial District Court, Parish of Ouachita, LA<br>Case # C20130274 |
| NATURE OF ACTION: | Medical Injury - Improper Care and Treatment - Wrongful Death - Cornerstone Hospital of West Monroe |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Baton Rouge, LA |
| DATE AND HOUR OF SERVICE: | By Process Server on 02/06/2013 at 08:35 |
| JURISDICTION SERVED: | Louisiana |
| APPEARANCE OR ANSWER DUE: | Within 15 days of service |
| ATTORNEY(S) / SENDER(S): | Richard L. Fewell, Jr.<br>1315 Cypress Street<br>West Monroe, LA 71291<br>318-388-3320 |
| ACTION ITEMS: | SOP Papers with Transmittal, via Fed Ex 2 Day, 794696756280<br>Image SOP<br>Email Notification, Michael Wallace mwallace@chghospitals.com |
| SIGNED: | C T Corporation System |
| PER: | Trevor Garoutte |
| ADDRESS: | 5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808 |
| TELEPHONE: | 225-922-4490 |

Page 1 of 1 / AB

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

EXHIBIT A

# CITATION

D2681948
JKB

TOMMIE RICE

VS

CORNERSTONE HOSPITAL OF
WEST MONROE

DOCKET NUMBER: C-20130274
SEC: C2
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

EAST BATON ROUGE PARISH

TO:
CORNERSTONE HOSPITAL OF WEST MONROE
AGENT FOR SERVICE: CT CORPORATION SYSTEM
5615 CORPORATE BLVD, SUITE 400B
BATON ROUGE, LA 70808

YOU HAVE BEEN SUED
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this JANUARY 29, 2013.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES

By: JENNIFER KADAR-BROWN
Deputy Clerk

FILED BY: RICHARD L. FEWELL, JR. #18891

_____ ORIGINAL

✓ SERVICE COPY

_____ FILE COPY

CERTIFIED
TRUE COPY

JAN 29 2013
BY _____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

STATE OF LOUISIANA * PARISH OF OUACHITA

FOURTH JUDICIAL DISTRICT COURT

TOMMIE RICE AND PHYLLIS RICE
ON BEHALF OF THE MINORS,
C████ I████ R██ AND
G████ M████ R██

VERSUS NO. 13-0274

CORNERSTONE HOSPITAL OF
WEST MONROE

FILED:

**FILED**
JAN 28 2013
JENNIFER KADAR-BROWN
CLERK OF COURT
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

DEPUTY CLERK OF COURT

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes and appears TOMMIE RICE AND PHYLLIS RICE, major domiciliaries of Bastrop, Morehouse Parish, Louisiana, ON BEHALF OF THEIR MINOR GRANDCHILDREN, C████ I████ R██ AND G████ M████ R██, who bring this action, based upon the following, to wit:

1.

Made defendant herein is:

CORNERSTONE HOSPITAL OF WEST MONROE, upon information and belief, a provider of long term acute care for patients requiring extended hospitalization in West Monroe, Louisiana.

2.

Tommie Rice and Phyllis Rice are the parents of Joshua Isaacs Rice (DOB: ████1977).

3.

Petitioners' son was involved in a single automobile accident wherein his vehicle flipped several times in 2007. As a result of the accident, Joshua suffered numerous abdominal injuries and surgeries, and was diagnosed with short gut syndrome.

4.

Joshua also had been evaluated by the University of Nebraska in Omaha for a small bowel transplant.

5.

Since the accident, petitioners show that their son was ambulatory and resided next door to them so that they could assist with his needs. Joshua was divorced, and the father of two minor children, Clayton Isaacs Rice (DOB: 10/27/1999) and Gracie Maria Rice (DOB: 11/22/2003).

CASE ASSIGNED TO:
**CV. SECT. 2**

6.

Petitioners' son, Joshua Rice, was admitted to St. Francis Medical Center in Monroe, Louisiana, on December 5, 2011, for catheter related blood stream infection, nausea, vomiting and fever.

7.

Joshua was then discharged from the hospital on December 14, 2011, and transferred to Cornerstone Hospital of West Monroe because of severe debility, malnutrition, large colostomy and weakness with chronic pain management as well as recurrent nausea and vomiting. Mr. Rice had also developed renal failure due to his multiple medical problems and required initiation of dialysis.

8.

Petitioners show that during their son's hospitalization at Cornerstone, his right leg got entangled during a cart to bed via draw sheet transfer and was violently abducted. Even though Mr. Rice complained of severe pain with all movement on January 5, 2012, and continued to complain of pain with the slightest movement and shoulder pain thereafter, no x-rays were ordered by Cornerstone personnel.

9.

On January 24, 2012, Joshua Rice was admitted to St. Francis Medical Center from Cornerstone for large vena cava clot for intervention.

10.

From St. Francis Medical Center, Mr. Rice was transferred, on January 27, 2012, to the Nebraska Medical Center Clarkson Hospital – University Hospital in Omaha, Nebraska for small bowel transplant.

11.

Since there had been no previous x-rays, and Mr. Rice continued to have pain in his groin and shoulder area since the incident at Cornerstone, an orthopedic consult was requested at the Nebraska Medical Center on January 31, 2012. X-rays were obtained of both his left shoulder and right hip.

12.

The left shoulder x-ray showed a minimally displaced greater tuberosity fracture and the pelvis films showed a displaced femoral neck fracture.

13.

Records indicate that "he does have fractures both in his hip. He does have shoulder and hip pain, and that has caused him to be relatively immobile."

14.

Due to Mr. Rice's inability to ambulate, he was unable to have the small bowel transplant. He died on May 6, 2012, at the Nebraska Medical Center of respiratory failure, pneumonia, systemic sepsis, and bacterial endocarditis.

15.

Defendant, Cornerstone Hospital of West Monroe, entangled Mr. Rice's leg during a transfer wherein he sustained a broken hip and shoulder. Despite his injuries and complaints, x-rays were never ordered by defendant.

16.

Petitioners show that defendant, Cornerstone Hospital of West Monroe, should be held in breach of duty of care under the rule of *res ipsa loquitur*.

17.

Petitioners further show that defendant, CORNERSTONE HOSPITAL OF WEST MONROE, was negligent in the care delivered and the care which should have been delivered unto Joshua Rice, including but not limited to:

(a) Improper transfer of patient;

(b) In failing to timely recognize the severity of Joshua Rice's condition;

(c) In failing to order x-rays;

(d) Failure to properly assess patient;

(e) Failure to timely and appropriately diagnose;

(f) Failure to provide appropriate care and management of the patient;

(g) In failing to recognize, react to, and take timely and appropriate measures to prevent the death of Joshua Rice;

(h) In deviating from the acceptable standard of care; and

(I) In failing to provide medical care consistent with the appropriate standards.

18.

Petitioners file this complaint on behalf of their grandchildren, C████ I████ R████ and C████ M████ R████ as the mother of the minor children has expressed no intention of filing same.

19.

The above listed acts of negligence by the defendant has led to the damages suffered by the petitioners' grandchildren, C████ I████ R████ and G████ M████ R████, and they aver that the minor children are entitled to general and special damages for pain and suffering, mental anguish, and medical expenses prior to the death of their father, Joshua Rice, as well as for wrongful death, survival damages, funeral expenses, and any and all other damages reasonable under the circumstances.

20.

The minor children of Joshua Rice also have a claim herein for loss of consortium regarding their father.

21.

Defendant deviated from the appropriate standard of care in this matter, and caused the damages suffered by the petitioners' son, for which the defendant should be held responsible.

22.

The untimely death of Joshua Rice resulted from the negligence of the defendant, Cornerstone Hospital of West Monroe.

23.

The above listed acts of negligence by the defendant has led to the damages suffered by petitioners' grandchildren, and they aver that they, on behalf of their minor grandchildren, are entitled to general and special damages for pain and suffering, mental anguish, and medical expenses prior to the death of Joshua Rice, as well as for wrongful death, survival damages, funeral expenses, and any and all other damages reasonable under the circumstances.

24.

Defendant is completely at fault for the injuries suffered by petitioners' grandchildren in this matter as a result of the death of Joshua Rice, and caused the damages suffered herein for which it should be held responsible.

25.

Petitioners show that they, on behalf of their minor grandchildren, are entitled to all

damages permitted by law for the defendant's negligence.

26.

Petitioners further aver that their minor grandchildren are entitled to an award in an amount to be determined by this Honorable Court at the time of trial to be reasonable in the premises, plus legal interest and all costs of this matter.

27.

Petitioners further show that a complaint of medical malpractice was previously filed in this matter against defendant, Cornerstone Hospital of West Monroe, Louisiana, on January 4, 2013, and recedived by the Patient's Compensation Fund on January 7, 2013.

28.

Following the filing of this complaint with the Commissioner of Administration for the State of Louisiana, petitioner was informed that defendant, Cornerstone Hospital of West Monroe, was not and does not have coverage under the provisions of La. R.S. 40:1299.41, et seq., and therefore files this law suit.

29.

Petitioners assert that R.S. 40:1299.47 et. seq., and all related statutes limiting the liability of healthcare providers are unconstitutional and invalid, and reserve all rights to challenge the Constitutionality, validity and enforcement of those statutes. Participation in the statutorily required medical review panel process does not waive or abandon such rights.

30.

Petitioners request that service be made on James D. "Buddy" Caldwell, as Attorney General for the State of Louisiana since the constitutionality of the cap has been challenged.

**WHEREFORE, PETITIONERS, TOMMIE RICE AND PHYLLIS RICE ON BEHALF OF THE MINORS, C▆▆▆ I▆▆▆ R▆▆ AND G▆▆ M▆▆ R▆▆ PRAY** that defendant, **CORNERSTONE HOSPITAL OF WEST MONROE,** along with James D. "Buddy" Caldwell, as Attorney General for the State of Louisiana, be served with copies of this Petition and be cited to answer same and that after all due proceedings are had, there be judgment herein in favor of petitioners, on behalf of their minor grandchildren, and against defendant for all general and special damages sustained by them, plus legal interest from the date of judicial demand until paid, for all costs of these proceedings, and for any further relief as equity and the cause may require.

PETITIONERS FURTHER PRAY for all other just and equitable relief to which they, on behalf of their minor grandchildren, may be entitled in the premises.

Respectfully submitted,

1315 Cypress Street
P. O. Box 1437
West Monroe, LA 71291
Telephone: (318) 388-3320
Facsimile: (318) 388-3337

_____
Richard L. Fewell, Jr.
La. Bar No. 18891

*Attorney for petitioners,*
*Tommie Rice and Phyllis Rice, on behalf*
*of their minor grandchildren,* C████
████ R████ and G████ M████ R████

PLEASE SERVE:

**CORNERSTONE HOSPITAL OF WEST MONROE**
c/o agent for service of process,
CT Corporation System
5615 Corporate Boulevard, Suite 400B
Baton Rouge, LA 70808

James D. "Buddy" Caldwell
Attorney General for
the State of Louisiana
1885 North 3rd Street
Baton Rouge, LA 70804

CERTIFIED TRUE COPY
JAN 29 2013
BY _____
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA