UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| TOMMIE RICE AND PHYLLIS RICE ON BEHALF OF THE MINORS, CIR AND GMR | * | CIVIL ACTION NO. 13-0362 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CORNERSTONE HOSPITAL OF WEST MONROE | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections and responses thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the motion to dismiss pursuant to Federal Rule of Civil Procedure 41(b) [Doc. No. 92] filed by Defendant Cornerstone Hospital of West Monroe, L.L.C. is hereby **DENIED.**

MONROE, LOUISIANA, this 16th day of December, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE