UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **TOMMIE RICE ON BEHALF OF THE MINORS, CIR AND GMR** | **CIVIL ACTION NO.  13-0362** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **CORNERSTONE HOSPITAL OF WEST MONROE** | **MAG. JUDGE KAREN L. HAYES** |

# RULING

Pending before the Court is Defendant Cornerstone Hospital of West Monroe's ("Cornerstone") Motion for Summary Judgment on Independent Contractor Status of Physicians [Doc. No. 93].  Cornerstone moves the Court to find as a matter of law that Dr. Michael Lawson, Dr. Donna Donald, and any other doctor who treated the decedent, Joshua Rice, acted as independent contractors.  Accordingly, Cornerstone contends that it cannot be held responsible for the actions of the independent contractor doctors.

Plaintiff Tommie Rice ("Rice") filed a pleading in response to this motion which is styled an "Opposition." [Doc. No. 105].  However, in that pleading Rice "stipulates to independent contractor status of the physicians." *Id.* at p. 2.  Rice states that neither Dr. Donald nor Dr. Lawson has been "named as [a] defendant[] nor has it been alleged that they have committed any negligent acts." *Id.* at p. 1.  According to Rice, Cornerstone "never disclosed to any doctor any accident or injury sustained by Joshua Rice at Cornerstone." *Id.*

Based on Rice's stipulation and assertions, the Court finds that there are no genuine issues of material fact for trial on the independent contractor status of Drs. Lawson and Donald or any other doctor who may have treated Joshua Rice while he was at Cornerstone.  Therefore, Cornerstone's "Motion for Summary Judgment on Independent Contractor Status of Physicians"

[Doc. No. 93] is GRANTED.

MONROE, LOUISIANA, this 4th day of February, 2016.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE