# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| TOMMIE RICE, ON BEHALF OF THE MINORS, CIR AND GMR | CIVIL ACTION NO. 13-0362 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CORNERSTONE HOSPITAL OF WEST MONROE | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED that the Motion for Summary Judgment on the Issues of Liability and Causation [Doc. No. 90] filed by Plaintiff Tommie Rice, on behalf of the minors, CIR and GMR, is DENIED.

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 97] filed by Defendant Cornerstone Hospital of West Monroe is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 10th day of February, 2016.

_____

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**